*** Filed ***
11:50 AM, 31 Jul, 2025
U.S.D.C., Eastern District of New York

## Form 1A

### Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the Eastern District of New York
Docket Number 15-cv-3679

| Lucio Celli, Plaintiff | |
|---|---|
| v. | Notice of Appeal |
| Cole et al., Defendant | |

Lucio Celli appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on July 22, 2025 at Doc. No. order denied motion at Doc. no. 72 in Doc. no 73

/s/ Lucio Celli
*Lucio Celli*
*Address*: 89 Widmer Road
Wappingers Falls, New York 12590

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]

APPEAL,NPROSE

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:15−cv−03679−DG−VMS

Celli v. Cole et al  
Assigned to: Judge Diane Gujarati  
Referred to: Chief Mag. Judge Vera M. Scanlon  
 other Case:  1:22−cv−04646−TJM−LB  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 06/24/2015  
Date Terminated: 12/27/2016  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Lucio Celli**  represented by **Lucio Celli**  
2743 Seymour Avenue  
Bronx, NY 10469  
646−734−3899  
PRO SE

**Jonathan A Tand**  
Raiser & Kenniff  
Employment Division  
300 Old Country Road  
Suite 351  
11501, Suite 351  
Mineola, NY 11501  
516−742−7600  
Email: jtand@belllg.com  
*TERMINATED: 07/05/2016*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steven A. Morelli**  
The Law Offices of Steven A. Morelli, P.C.  
990 Stewart Avenue  
Suite 130  
Garden City, NY 11530  
516−393−9151  
Fax: 516−495−5214  
*TERMINATED: 04/29/2016*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Rhoda Yohai Andors**  
Law Office of Steven A. Morelli PC  
990 Stewart Avenue  
Garden City, NY 11530  
516−393−9151  
Fax: 516−280−7528  
*TERMINATED: 04/29/2016*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mr. Richard Cole**  represented by **Michael Nacchio**  
*in his official and individual capacity*  Ogletree Deakins  
10 Madison Avenue, Suite 400  
Morristown, NJ 07960  
973−630−2328  
Email: michael.nacchio@ogletree.com  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Ms. Anne Bernard**
*in her official and individual capacity*

represented by **Michael Nacchio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York City Department of Education**

represented by **Michael Nacchio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grismaldy Laboy–Wilson**
*in her official and individual capacity*

**Defendant**

**Courtenaye Jackson–Chase, Esq.**
*in her official and individual capacity*

**Defendant**

**Ms. Susan Mandel, Esq.**
*in her official and individual capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2015 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed –no,, filed by Lucio Celli. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 06/24/2015) |
| 06/24/2015 | 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 06/24/2015) |
| 06/24/2015 |  | FILING FEE: $ 400, receipt number 4653089770 (Bowens, Priscilla) (Entered: 06/24/2015) |
| 06/24/2015 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 06/24/2015) |
| 06/30/2015 | 4 | ORDER: Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Both plaintiff and defendants are required to follow these rules. Accordingly, if service is not made upon defendants by 10/22/2015, or if plaintiff fails to show good cause why such service has not been effected by that date, it will be recommended that the Court should dismiss this action without prejudice. Plaintiff is required to advise the Clerk of Court of any change of address. Plaintiff may choose to receive electronic notification of court issued filings in this civil case. If plaintiff is eligible and wishes to receive electronic notification of court issued documents, plaintiff should complete the attached Registration and Consent form and return the form(s) to the Court. Plaintiff is advised that even if he chooses to receive electronic notifications in this action, plaintiff is still required to advise the Court of any change to his mailing address. SO ORDERED by Magistrate Judge Lois Bloom, on 6/30/2015. *C/mailed w/Attachments: # 1 Individual Practices of Magistrate Judge Lois Bloom, # 2 Instruction for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases, # 3 Pro Se Registration and Consent Form.* (Latka–Mucha, Wieslawa) (Entered: 07/01/2015) |

| | | |
|---|---|---|
| 07/22/2015 | 5 | Proposed Summons. Re 1 Complaint by Lucio Celli (Morelli, Steven) (Entered: 07/22/2015) |
| 07/22/2015 | 6 | NOTICE of Appearance by Steven A. Morelli on behalf of Lucio Celli (aty to be noticed) (Morelli, Steven) (Entered: 07/22/2015) |
| 07/24/2015 | 7 | Corrected Summons Issued as to Anne Bernard, Richard Cole, New York City Department of Education. (Piper, Francine) (Entered: 07/24/2015) |
| 10/20/2015 | 8 | SUMMONS Returned Executed by Lucio Celli. Richard Cole served on 10/16/2015, answer due 11/6/2015; New York City Department of Education served on 10/16/2015, answer due 11/6/2015. (Piper, Francine) (Entered: 10/21/2015) |
| 10/28/2015 | 9 | NOTICE of Appearance by Michael Nacchio on behalf of New York City Department of Education (aty to be noticed) (Nacchio, Michael) (Entered: 10/28/2015) |
| 10/28/2015 | 10 | NOTICE of Appearance by Michael Nacchio on behalf of New York City Department of Education (notification declined or already on case) (Nacchio, Michael) (Entered: 10/28/2015) |
| 10/28/2015 | | Incorrect Case/Document/Entry Information. Doc. 9 filed in error. Please disregard and refer to Doc. 10 . (Brucella, Michelle) (Entered: 10/28/2015) |
| 10/30/2015 | 11 | First MOTION for Extension of Time to File Answer re 1 Complaint by New York City Department of Education. (Nacchio, Michael) (Entered: 10/30/2015) |
| 11/02/2015 | | ORDER granting 11 Motion for Extension of Time to Answer. New York City Department of Education answer due 12/4/2015. Ordered by Magistrate Judge Lois Bloom on 11/2/2015. (Gannon, Rebecca) (Entered: 11/02/2015) |
| 11/02/2015 | 12 | SUMMONS Returned Executed by Lucio Celli. Anne Bernard served on 10/16/2015, answer due 11/6/2015. (Piper, Francine) (Entered: 11/04/2015) |
| 11/23/2015 | 13 | Second MOTION for Extension of Time to File Answer re 1 Complaint by Richard Cole, New York City Department of Education. (Nacchio, Michael) (Entered: 11/23/2015) |
| 11/25/2015 | | ORDER granting 13 Motion for Extension of Time to Answer Richard Cole answer due 1/4/2016; New York City Department of Education answer due 1/4/2016. Ordered by Magistrate Judge Lois Bloom on 11/25/2015. (Gannon, Rebecca) (Entered: 11/25/2015) |
| 12/31/2015 | 14 | ANSWER to 1 Complaint by All Defendants. (Nacchio, Michael) (Entered: 12/31/2015) |
| 01/04/2016 | | SCHEDULING ORDER: The Court shall hold an initial pretrial conference in this action on February 4, 2016 at 10:30 a.m. in Courtroom 11A South. The parties shall exchange their Rule 26(a)(1) initial disclosures and file a 26(f) Meeting Report by January 28, 2016. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least forty–eight (48) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 1/4/2016. (Marquez, Lillian) (Entered: 01/04/2016) |
| 01/21/2016 | 15 | NOTICE of Appearance by Rhoda Yohai Andors on behalf of Lucio Celli (aty to be noticed) (Andors, Rhoda) (Entered: 01/21/2016) |
| 01/21/2016 | 16 | AMENDED COMPLAINT against Anne Bernard, Richard Cole, New York City Department of Education, filed by Lucio Celli. (Piper, Francine) (Entered: 01/22/2016) |
| 01/21/2016 | | Incorrect Entry Information. Counsel for plaintiff incorrectly indicated that the amended complaint was filed by the plaintiff against plaintiff. Amended Complaint document #16 was deleted and re–entered by the court. Docket Sheet updated to reflect amended complaint filed by plaintiff against the defendant. Please do not refile this document. (Piper, Francine) (Entered: 01/22/2016) |
| 01/29/2016 | 17 | REPORT of Rule 26(f) Planning Meeting (Andors, Rhoda) (Entered: 01/29/2016) |
| 01/29/2016 | 18 | MOTION to Adjourn Conference by Lucio Celli. (Andors, Rhoda) (Entered: 01/29/2016) |

| | | |
|---|---|---|
| 02/01/2016 | | ORDER granting 18 : The parties jointly request a short adjournment of the February 4, 2016 initial conference for defendants to respond to plaintiff's amended complaint. The request is granted. The Court adjourns the initial conference to February 25, 2016 at 3:00 p.m. in Courtroom 11A South. Ordered by Magistrate Judge Lois Bloom on 2/1/2016. (Wallach, Rebecca) (Entered: 02/01/2016) |
| 02/04/2016 | 19 | ANSWER to 16 Amended Complaint by All Defendants. (Nacchio, Michael) (Entered: 02/04/2016) |
| 02/25/2016 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Initial Pretrial Conference held on 2/25/2016 (Tape #3:05 – 3:30.) (Wallach, Rebecca) (Entered: 02/25/2016) |
| 02/26/2016 | | SCHEDULING ORDER: The Court held an initial conference in this matter on February 25, 2016. The Court reluctantly allowed Mr. Tand, an attorney from the Law Office of Steven A. Morelli, P.C., to appear on behalf of plaintiff via telephone. Plaintiff appeared at the conference in person. If plaintiff seeks to amend his complaint, plaintiff's counsel shall serve the proposed second amended complaint on defendants' counsel by April 21, 2016. Defendants' counsel shall be prepared to state whether defendants consent to the amendment at the next conference. The Court shall hold a status conference in this matter on April 25, 2016 at 2:30 p.m. in Courtroom 11A South. Plaintiff's counsel shall serve a copy of this order on plaintiff forthwith and file proof of service on the docket. Ordered by Magistrate Judge Lois Bloom on 2/26/2016. (Wallach, Rebecca) (Entered: 02/26/2016) |
| 03/11/2016 | | Case Reassigned to Judge Brian M. Cogan. Judge John Gleeson no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Brucella, Michelle) (Entered: 03/11/2016) |
| 04/25/2016 | 20 | NOTICE of Appearance by Jonathan A Tand on behalf of Lucio Celli (aty to be noticed) (Tand, Jonathan) (Entered: 04/25/2016) |
| 04/25/2016 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Status Conference held on 4/25/2016 (Tape #2:40 – 2:57.) (Wallach, Rebecca) (Entered: 04/25/2016) |
| 04/26/2016 | | SCHEDULING ORDER: The Court held a status conference in this matter on April 25, 2016. Plaintiff's counsel shall file substitution of counsel by April 28, 2016. Plaintiff's counsel shall serve the proposed second amended complaint on defendants' counsel by May 12, 2016. The Court shall hold a telephone conference on May 17, 2016 at noon. Plaintiff's counsel is requested to arrange and initiate the conference call. After establishing contact with defendants' counsel, plaintiff's counsel shall telephone the Court at (718) 613–2170. Ordered by Magistrate Judge Lois Bloom on 4/26/2016. (Wallach, Rebecca) (Entered: 04/26/2016) |
| 04/28/2016 | 21 | NOTICE of Consent to Change Attorney by Jonathan A Tand (Tand, Jonathan) (Entered: 04/28/2016) |
| 04/29/2016 | 22 | ORDER endorsed on doc.# 21 : It is hereby Consented, that the law firm of **Tand & Associates**, of 990 Stewart Avenue, Suite 130, Garden City, New York, 11530, be substituted as attorney of record for plaintiff Lucio Celli on the above captioned matter in place and stead of the law firm of The Law Office of Steven A. Morelli as of the dated hereof. SO ORDERED by Magistrate Judge Lois Bloom, on 4/29/2016. (Latka−Mucha, Wieslawa) (Entered: 05/02/2016) |
| 05/02/2016 | | Email Notification Test – DO NOT REPLY. (Latka−Mucha, Wieslawa) (Entered: 05/02/2016) |
| 05/12/2016 | 23 | Letter dated 5/12/2016 to Judge Lois Bloom from Lucio Celli, enclosing a copy of the Amended Complaint. W/Attachments: # 1 Verified Amended Complaint, # 2 Envelope. (Latka−Mucha, Wieslawa) (Entered: 05/17/2016) |
| 05/17/2016 | 24 | AMENDED COMPLAINT against All Defendants, filed by Lucio Celli. (Tand, Jonathan) (Entered: 05/17/2016) |

| | | |
|---|---|---|
| 05/17/2016 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 5/17/2016 (Tape #12:10 – 12:27.) (Wallach, Rebecca) (Entered: 05/17/2016) |
| 05/17/2016 | | SCHEDULING ORDER: The Court held a telephone conference in plaintiff's employment discrimination action on May 17, 2016. The Court granted plaintiff's counsel leave to file the second amended complaint in this action over defendants' objection. Plaintiff's counsel shall file the second amended complaint today, May 17, 2016. The Court stays defendants' response to the second amended complaint pending service on the newly−named defendant. Defendants shall respond to the second amended complaint as they deem appropriate in accordance with Judge Cogan's rules within two weeks of service of the second amended complaint on the newly−named defendant. Ordered by Magistrate Judge Lois Bloom on 5/17/2016. (Wallach, Rebecca) (Entered: 05/17/2016) |
| 05/26/2016 | 25 | First MOTION to Withdraw as Attorney by Lucio Celli. (Attachments: # 1 Proposed Order) (Tand, Jonathan) (Entered: 05/26/2016) |
| 05/27/2016 | 26 | RESPONSE to Motion re 25 First MOTION to Withdraw as Attorney filed by Anne Bernard, Richard Cole, New York City Department of Education. (Nacchio, Michael) (Entered: 05/27/2016) |
| 05/27/2016 | 27 | SCHEDULING ORDER: By letter dated May 26, 2016, Jonathan A. Tand moves to withdraw as counsel for plaintiff. (ECF No. 25 .) The Court shall hold a status conference on June 30, 2016 at 3:00 p.m. in Courtroom 11A South. Mr. Celli shall also appear at the June 30, 2016 conference. By June 2, 2016, Mr. Tand shall provide the court with Mr. Cellis mailing address. Mr. Tand shall also serve Mr. Celli with a copy of this order and file proof of service on the docket forthwith. Service of the amended complaint is stayed pending the June 30, 2016 conference. **See attached Order.** Ordered by Magistrate Judge Lois Bloom on 5/27/2016. (Wallach, Rebecca) (Entered: 05/27/2016) |
| 05/27/2016 | 28 | First MOTION to Withdraw as Attorney by Lucio Celli. (Tand, Jonathan) (Entered: 05/27/2016) |
| 06/13/2016 | 29 | Letter MOTION for Leave to Amend Plaintiff's Complaint and regarding Lucio Celli's attorney, Mr. Jonathan Tand, Esq.; filed by Lucio Celli, dated 6/11/16. W/Attachments: # 1 Exhibits. (Guzzi, Roseann) *(Modified)* (Entered: 06/15/2016) |
| 06/30/2016 | 31 | Minute Entry: for proceedings held before Magistrate Judge Lois Bloom:Status Conference held on 6/30/2016. (Tape #3:26−3:37.) (Galeano, Sonia) (Entered: 07/05/2016) |
| 07/05/2016 | 30 | ORDER granting 25 Motion to Withdraw as Attorney. Attorney Jonathan A Tand terminated; granting 28 Motion to Withdraw as Attorney. Attorney Jonathan A Tand terminated. The Court denied pltff's request for sanctions. This action is stayed to 8/12/16 to allow pltff the opportunity to retain new counsel and to file a proposed Second Amended Complaint. If pltff does not retain new counsel by 8/12/16, he shall proceed pro se and shall file a proposed Second Amended Complaint by that date. Defts' response to the amended complaint, (ECF # 24 ), is stayed. (Ordered by Magistrate Judge Lois Bloom on 6/30/16) c/m (Galeano, Sonia) (Entered: 07/05/2016) |
| 07/05/2016 | | ORDER denying 29 Motion to Amend/Correct/Supplement: Per the Court's June 30, 2016 Order, Plaintiff's motion is denied without prejudice. Ordered by Magistrate Judge Lois Bloom on 7/5/2016. (Marquez, Lillian) (Entered: 07/05/2016) |
| 08/08/2016 | 32 | Letter MOTION for an Extension of Time to Retain a New Attorney and MOTION for Leave to "add the anticipated adverse rating to his amended complaint," filed by *pro se* Lucio Celli, dated 8/8/2016. (Latka−Mucha, Wieslawa) *(Modified)* (Entered: 08/10/2016) |
| 08/10/2016 | 33 | RESPONSE to Motion re 32 Letter MOTION for Extension of Time */ to Find New Attorney* filed by Anne Bernard, Richard Cole, New York City Department of Education. (Nacchio, Michael) (Entered: 08/10/2016) |
| 08/10/2016 | 34 | ORDER: Plaintiff's 32 request is granted. This action is stayed to **10/17/2016** to allow plaintiff the opportunity to retain new counsel and to file a proposed Second Amended Complaint. If plaintiff does not retain new counsel by 10/17/2016, he shall proceed *pro* |

| | | |
|---|---|---|
| | | *se* and shall file a proposed Second Amended Complaint by that date. **The Court shall hold a status conference on 10/26/2016 at 10:00 a.m. in Courtroom 11A South**. Plaintiff shall appear for the conference if he has not retained counsel. Defendants' response to the 24 Amended Complaint is stayed. SO ORDERED by Magistrate Judge Lois Bloom, on 8/10/2016. *C/mailed.* (Latka−Mucha, Wieslawa) (Entered: 08/11/2016) |
| 08/10/2016 | | Set / Reset Hearing: Status Conference set for **10/26/2016** at **10:00 a.m.** in Courtroom 11A South before Magistrate Judge Lois Bloom. (Latka−Mucha, Wieslawa) (Entered: 08/11/2016) |
| 09/26/2016 | 35 | Letter dated 7/13/16 from Kevin J. Berry, District Director of Equal Employment Opportunity Commission to Mr. Lucio Celli regarding the closing of the charge. (Guzzi, Roseann) (Entered: 09/27/2016) |
| 10/17/2016 | 36 | (PROPOSED)AMENDED COMPLAINT against Anne Bernard, Richard Cole, Grismaldy Laboy−Wilson, New York City Department of Education, filed by Lucio Celli. (Guzzi, Roseann) *Proposed amended complaint as per Judge Bloom's Order of 8/10/16 (Entered: 10/19/2016) |
| 10/23/2016 | 37 | ORDER re 36 Amended Complaint filed by Lucio Celli. The proposed third amended complaint is dismissed. Magistrate Judge Bloom is meeting with the parties this week and will set a schedule for submission of a new and final proposed third amended complaint at that time. Because the time until the conference is short and plaintiff is *pro se*, defendants counsel is directed to find a way to get this Order to plaintiff on Monday, October 24, 2016, whether by email or otherwise, so he has a chance to think about it before the conference with Judge Bloom. Ordered by Judge Brian M. Cogan on 10/23/2016. (Cogan, Brian) (Entered: 10/23/2016) |
| 10/26/2016 | 38 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Status Conference held on 10/26/2016. Recorded. Tick #(s) 10:44 − 10:55. Appearances for Plaintiff: Lucio Celli, *pro se*; for Defendants: Michael Nacchio, Assistant Corporation Counsel. (Latka−Mucha, Wieslawa) (Entered: 10/27/2016) |
| 10/26/2016 | 39 | ORDER: Plaintiff shall file his proposed Third Amended Complaint by 12/5/2016. The Court shall hold a telephone status conference on 12/8/2016 at 12:00 p.m. Defendants' counsel is requested to arrange and initiate the conference call. SO ORDERED by Magistrate Judge Lois Bloom, on 10/26/2016. *C/mailed.* (Latka−Mucha, Wieslawa) (Entered: 10/27/2016) |
| 12/05/2016 | 40 | MOTION to Disqualify Judge by Lucio Celli. (Guzzi, Roseann) (Entered: 12/07/2016) |
| 12/07/2016 | 41 | AMENDED COMPLAINT *(w/ Jury Trial Demanded)* against Anne Bernard, Richard Cole, Courtenaye Jackson−Chase, Esq., Grismaldy Laboy−Wilson, Susan Mandel, Esq., New York City Department of Education, filed by Lucio Celli. (Attachments: # 1 Part 2 Pages 51−100, # 2 Part 3 Pages 101−150, # 3 Part 4 Pages 151−198) (Galeano, Sonia) (Entered: 12/08/2016) |
| 12/08/2016 | 42 | MOTION for pre motion conference re 41 Amended Complaint, 40 MOTION to Disqualify Judge by Anne Bernard, Richard Cole, New York City Department of Education. (Nacchio, Michael) (Entered: 12/08/2016) |
| 12/08/2016 | 43 | ORDER dated 12/8/16 that the promotion conference is waived. This letter is deemed to constitute defendants' motion pursuant to Fed.R.Civ.P.12(b)(6) to dismiss as well as their opposition to the motion to disqualify. Plaintiff must file opposition to this motion by 12/26/16 or this action may be dismissed re 42 MOTION for pre motion conference re 41 Amended Complaint, 40 MOTION to Disqualify Judge filed by Anne Bernard, Richard Cole, New York City Department of Education. ( Ordered by Judge Brian M. Cogan on 12/8/2016 ) c/m (Guzzi, Roseann) (Entered: 12/08/2016) |
| 12/08/2016 | 44 | ORDER The Court held a telephone conference in pro se plaintiff's employment discrimination case on December 8, 2016. Plaintiff noted on the record that he filed his proposed Third Amended on December 5, 2016 by depositing it in the afterhours drop box located in the lobby of the Brooklyn Courthouse. Plaintiff was directed to promptly file proof that he filed his proposed Third Amended Complaint by the December 5, 2016 deadline. **See attached Order.** Ordered by Magistrate Judge Lois Bloom on 12/8/2016. *c/mail plaintiff* (Wallach, Rebecca) (Entered: 12/08/2016) |

| | | |
|---|---|---|
| 12/08/2016 | 45 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 12/8/2016. Recorded. Tick #(s) 12:12 – 12:18. Appearances for Plaintiff: Lucio Celli, *pro se*; for Defendants: Michael Nacchio, Assistant Corporation Counsel. (Latka–Mucha, Wieslawa) (Entered: 12/09/2016) |
| 12/08/2016 | 46 | Letter(s) undated from *pro se* Lucio Celli, in response to Judge Brian M. Cogan's 37 Order issued on 10/23/2016 and the Court's 45 Status Conference held before Magistrate Judge Lois Bloom on 12/8/2016. (Latka–Mucha, Wieslawa) (Entered: 12/12/2016) |
| 12/12/2016 | 47 | Letter undated from Lucio Celli, plaintiff pro se to Judge Bloom and Judge Cogan as a response to the Conference held 12/8/16 before Magistrate Judge Bloom. (Guzzi, Roseann) (Entered: 12/12/2016) |
| 12/20/2016 | 49 | Letter undated from Lucio Celli to to USDJ Cogan and USMJ Bloom, in opposition of dismissal of the complaint submitted on 12/5/16. (Galeano, Sonia) (Entered: 12/23/2016) |
| 12/20/2016 | 50 | Letter undated from Lucio Celli to USDJ Cogan and USMJ Bloom, seeking to gain a response as to why Your Honor has been accused of altering and concealing jury notes in the Southerland case. (Galeano, Sonia) (Entered: 12/23/2016) |
| 12/20/2016 | 51 | MOTION for Hearing/"NOTICE OF PRE–MOTION PURSUANT TO FRCP 60 and FRCP 11" . *Pltff seeks to have Judge Cogan hold an evidentiary hearing*, MOTION for Extension of Time to File *opposition to motion due on 12/26/16, filed* by Lucio Celli. (Galeano, Sonia) (Entered: 12/23/2016) |
| 12/22/2016 | 48 | MOTION for Sanctions by Anne Bernard, Richard Cole, New York City Department of Education. (Nacchio, Michael) (Entered: 12/22/2016) |
| 12/24/2016 | 52 | ORDER. Plaintiffs motion for my recusal 40 is denied, plaintiffs Rule 60 motion 51 is denied, defendants motion to dismiss 42 is granted, and plaintiffs complaint is dismissed with prejudice. The Clerk of Court is directed to enter judgment accordingly. Plaintiff has until January 9, 2017 to file any opposition to defendants' motion for sanctions. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Ordered by Judge Brian M. Cogan on 12/24/2016. (Cogan, Brian) (Entered: 12/24/2016) |
| 12/26/2016 | 54 | MEMORANDUM in Opposition of the Motion for Dismissal, filed by Lucio Celli. (Galeano, Sonia) (Entered: 12/30/2016) |
| 12/26/2016 | 55 | Letter undated from Lucio Celli to Judge Cogan, objecting the filing of Your Honor's Order dated 12/24/16. (Galeano, Sonia) (Entered: 12/30/2016) |
| 12/27/2016 | 53 | CLERK'S JUDGMENT dated 12/27/16 that Plaintiffs motion for recusal is denied; that Plaintiffs Rule 60 motion is denied; that Defendants motion to dismiss is granted; that Plaintiffs complaint is dismissed with prejudice; that Plaintiff has until January 9, 2017 to file any opposition to Defendants motion for sanctions; that pursuant to 28:1915(a)(3) any appeal from the Courts Order would not be taken in good faith; and that in forma pauperis status is denied for purpose of an. ( Ordered by Janet Hamilton, Deputy Clerk on behalf of Douglas C. Palmer, Clerk of Court on 12/27/2016 ) c/m w/appeals pkg. (Guzzi, Roseann) (Entered: 12/27/2016) |
| 12/29/2016 | 56 | Letter undated by Lucio Celli re: in opposition to the case being dismissed prior to my filing of Opposition to Motion to dismiss. (Guzzi, Roseann) (Entered: 01/03/2017) |
| 01/09/2017 | 57 | ORDER re plaintiff's 56 motion for reconsideration is DENIED. The Court certifies pursuant to 28:1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). ( Ordered by Judge Brian M. Cogan on 1/6/2017 ) c/m (Guzzi, Roseann) (Entered: 01/09/2017) |
| 01/09/2017 | 58 | Letter dated 1/9/17 from Lucio Celli, plaintiff pro se in response towards the sanctions that defendants seek against me. (Guzzi, Roseann) (Entered: 01/10/2017) |

| | | |
|---|---|---|
| 01/12/2017 | 59 | REPLY to Response to Motion re 48 MOTION for Sanctions filed by Anne Bernard, Richard Cole, New York City Department of Education. (Nacchio, Michael) (Entered: 01/12/2017) |
| 01/12/2017 | 60 | ORDER denying defendants' 48 Motion for Sanctions against plaintiff. Plaintiff is warned regarding his conduct. ( Ordered by Judge Brian M. Cogan on 1/12/2017 ) c/m (Guzzi, Roseann) (Entered: 01/12/2017) |
| 01/24/2017 | 61 | NOTICE OF APPEAL as to 53 Clerk's Judgment,, 57 Order, by Pro Se Lucio Celli. Filing fee $ 505.00. Receipt #4653110601. Service done electronically. (McGee, Mary Ann) (Entered: 01/24/2017) |
| 01/24/2017 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 61 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 01/24/2017) |
| 01/30/2017 | 62 | MOTION to Alter Judgment by Lucio Celli. (Attachments: # 1 Exhibits, # 2 Exhibits continued) (Guzzi, Roseann) (Entered: 02/01/2017) |
| 02/02/2017 | 63 | ORDER dated 2/1/17 that plaintiff's 62 Motion to Alter Judgment is DENIED. The Court certifies pursuant to 28:1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). ( Ordered by Judge Brian M. Cogan on 2/1/2017 ) c/m (Guzzi, Roseann) (Entered: 02/02/2017) |
| 01/12/2018 | 64 | MANDATE of USCA as to 61 Notice of Appeal filed by Lucio Celli. It is Ordered that the order of the District Court be and hereby is AFFIRMED. See document for further details. Issued as Mandate: 1/12/18. USCA #17–234–cv. (McGee, Mary Ann) (Entered: 01/12/2018) |
| 11/10/2021 | 65 | Documents submitted by Lucio Celli, plaintiff pro se. "Answer to Betsy's Lawsuit". (Attachments: # 1 "motion to dismiss Besty Combier's complaint and for the AUSA to collect taxes from her with a motion to transfer this to Federal court") (Guzzi, Roseann) (Entered: 11/19/2021) |
| 01/25/2022 | 66 | Letter to Judge Cogan from Lucio Celli, Pro Se re: fraud upon the Court. (Herrera, Isaiah) (Entered: 01/31/2022) |
| 10/28/2022 | 67 | Letter dated 10/24/22 from Luclio Celli, plaintiff pro se "requesting a Public Hearing regarding the Court's misconduct". (RG) (Entered: 11/09/2022) |
| 11/09/2022 | 68 | Letter dated 10/20/22 from Lucio Celli, plaintiff pro se re: "Motion to have a set agenda for 11/11/22". (RG) (Entered: 11/09/2022) |
| 06/16/2025 | 69 | MOTION to Vacate *Judgments and Orders Under Rule 60(d)(3)* by Lucio Celli. (RG) (Entered: 06/16/2025) |
| 06/16/2025 | 70 | MOTION for Hearing *"for evidentiary hearing and application of the crime fraud exception"* by Lucio Celli. (RG) (Entered: 06/16/2025) |
| 07/02/2025 | | ORDER REASSIGNING CASE. Case reassigned to Judge Diane Gujarati for all further proceedings. Judge Brian M. Cogan no longer assigned to case Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.Ordered by Chief Judge Margo K. Brodie on 6/16/2025. (CV) (Entered: 07/02/2025) |
| 07/09/2025 | | Case reassigned to Chief Mag. Judge Vera M. Scanlon. Magistrate Judge Lois Bloom no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LF) (Entered: 07/09/2025) |
| 07/10/2025 | 71 | **MEMORANDUM & ORDER** –– As set forth in the attached Memorandum & Order, the motions filed at ECF Nos. 69 and 70 are DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore denies *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of |

| | | |
|---|---|---|
| | | Court is directed to mail a copy of this Order to Plaintiff. **SEE ATTACHED ORDER.** Ordered by Judge Diane Gujarati on 7/10/2025. (MAR) (Entered: 07/10/2025) |
| 07/10/2025 | 72 | Letter MOTION for Reconsideration *UNDER FRCP 59(e) AND 60(b)(1), (b)(6), AND PETITION FOR MANDAMUS UNDER 28 U.S.C. § 1361, (Recv'd. 7/14/25) filed* by Lucio Celli. (MLR) (Entered: 07/14/2025) |
| 07/22/2025 | 73 | **MEMORANDUM & ORDER** –– As set forth in the attached Memorandum & Order, the motion filed at ECF No. 72 is DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore denies *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to mail a copy of this Order to Plaintiff. **SEE ATTACHED ORDER.** Ordered by Judge Diane Gujarati on 7/22/2025. (MAR) (Entered: 07/22/2025) |
| 07/25/2025 | 74 | NOTICE of Motion for Relief from Judgment under Rule 60(b)(2), (3) and (6) filed by Lucio Celli (IH) (Entered: 07/25/2025) |
| 07/25/2025 | 75 | Letter from Lucio Celli to Judge Gujarati re: Denial of Liberty and Wages through Judicial Misconduct and Union Collusion (IH) (Entered: 07/25/2025) |
| 07/25/2025 | 76 | Letter from Lucio Celli to Judge Gujarati re: Denial of Liberty and Wages through Judicial Misconduct and Union Collusion via Weingarten, Engelmayer, and Cogan with Livingston––as Wolfe and Livingston hid these facts –Your Homor misused your office to conceal the UFT's and Weingarten's criminal conduct. (IH) (Entered: 07/25/2025) |
| 07/25/2025 | 77 | Letter from Lucio Celli to Judge Gujarati dated 7/11/2025 re: Lehrburger's quid pro quo with Livingston to conceal her retaliation for Schumer and Randi Weingarten was never presented to Your Honor––so dates after 2018 appear in decisions in 2016/2017 and facts not stated in Doc 72 were somehow read by Your Honor. (IH) (Entered: 07/25/2025) |
| 07/27/2025 | 78 | Letter from Lucio Celli dated 7/27/25 re: Letter to Rep Marjorie about Engelmayer's political bias and misuse of his office for Randi Wiengarten, Sen. Schumer, criminal detention as retaliation by him with admissions from Kellman/Cudina, false documents presented/perjury with his knowledge, and ignored the misconduct of my lawyers and the AUSAs with a follow up once Judge Cronan issue his order furthering obstruction of political given to Randi Weingarten by Engelmayer and institution retaliation being ignored by Chief Judge Livingston. (IH) (Entered: 07/29/2025) |
| 07/27/2025 | 79 | Letter from Lucio Celli re: Denial of Liberty and Wages through Judicial Misconduct and Union Collusion via Weingarten, Engelmayer, and Cogan with Livingston––as Wolfe and Livingston hid these facts –Your Homor misused your office to conceal the UFT's and Weingarten's criminal conduct (IH) (Entered: 07/29/2025) |
| 07/27/2025 | 80 | Letter from Lucio Celli dated 7/27/25 re: Clerk Mahoney and Hon. Conrad of AO: There are over30 missing filings attached are confirmation emails and an email from Littlepage, as I have complained about missing document and it appears that he is conspiring with or ignoring because it can no longer be "Livingston" lying to him because he and others at AO have received the same email on the same date. (IH) (Entered: 07/29/2025) |
| 07/27/2025 | 81 | Letter from Lucio Celli dated 6/11/25 re: To the Rep who are support the ROGUE JUDGE, please consider the following judge's misuse of their office for Sen. Schumer and Sen. Gillibrand because they retaliated against me for exposing their case fixing Engelmayer misconduct, Weingarten's obstruction of justice as they are helping her from being terminated, concealing Schumer/Weigarten depriving me of every single right and HIV med for telling on them (IH) (Entered: 07/29/2025) |
| 07/31/2025 | 82 | NOTICE OF APPEAL as to 73 Order on Motion for Reconsideration,, by Lucio Celli. (VJ) (Entered: 08/01/2025) |
| 07/31/2025 | | APPEAL FILING FEE DUE re 82 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 08/01/2025) |

| 08/01/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 82 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 08/01/2025) |