# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand twenty-five,

Lucio Celli,

    Petitioner,

v.

Mr. Richard Cole, in his official and individual capacity, Ms. Anne Bernard, in her official and individual capacity, New York City Department of Education, Grismaldy Laboy-Wilson, in her official and individual capacity, Courtenaye Jackson-Chase, Esq. in her official and individual capacity, Ms. Susan Mandel, Esq. in her official and individual capacity,

    Respondents.

**ORDER**
Docket No.
25-1886

On November 21, 2017 this Court entered an order in Celli v. Cole, 17-234 requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective August 25, 2025 unless a motion seeking leave of this Court is filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

