# UNITED STATES COURT FOR THE

# SOUTHERN DISTICT of New York

## 24-cv-9743 / 25-cv-2031 / 25-cv-4505

Lucio Celli, v. NYC

See attachment of Affidavit requested by the 2d Cir.

DATED: August 7. 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com

# UNITED STATES COURT OF APPEAL

## For the Second Circuit

_____

In re Lucio Celli,

**Letter to the Court of Appeals**

I will send the affidavits Congress, especially to those who have requested Engelmayer's impeachment.

As I sit here I judge remembered a fact that there are over 40 motions (more or less) that Kopplin with 50 Rep senators , AUSA Karamigios and others (like the City), but Engelmayer continues to ignore and even lied that he didn't have knowledge of such facts—but I wrote it to Judge Weir and others –just saying

Respectfully submitted,

DATED: June 11, 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com

## Certificate of Service

I hereby certify that on today's Date, a copy of the foregoing Motion to as described above was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Lucio Celli, pro se

# UNITED STATES COURT OF APPEAL

## For the Second Circuit

_____

In re Lucio Celli,

## I.    INTRODUCTION

Petitioner, Lucio Celli, respectfully submits this Fourth Amended Petition under the All Writs Act, 28 U.S.C. § 1651, to incorporate the specific context of Judge Paul A. Engelmayer's October 2020 hearing remarks. At that hearing—shortly after his October 2020 appointment—Judge Engelmayer twice called Petitioner "stupid" and "crazy" for mentioning Senator Schumer's publicly known recommendation. Thereafter, on January 15, 2021, Petitioner filed his first § 455 motion; on April 16, 2021, Judge Engelmayer admitted that the Schumer recommendation was public knowledge and that he "must address" the motion—but still has not done so. Subsequent motions in February–March 2022 and 2025 likewise remain unaddressed. Petitioner therefore seeks a writ directing Judge Engelmayer to (1) adjudicate the pending § 455 motion; (2) vacate all substantive habeas orders that interfered with my employment; (3) transfer or reassign the habeas petition to an impartial judge; and recoup money stolen from my parents to conceal the admissions of Silverman for Weingarten and Cogan, and Kellman for Engelmayer

## II.    JURISDICTIONAL STATEMENT

This petition arises under 28 U.S.C. § 1651 and 28 U.S.C. § 455. Mandamus is appropriate because Judge Engelmayer's duty to decide a properly filed § 455 motion is ministerial (Liljeberg v. Health Servs. Acquisition Corp., 486 U.S. 847, 863–64 (1988)), no alternative remedy exists, and indefinite delay inflicts irreparable constitutional injury.

## III.    PRAYER FOR RELIEF

Petitioner respectfully requests that this Court:

1. Issue a writ compelling Judge Engelmayer to rule on the § 455 recusal motion;
2. Direct Judge Engelmayer to vacate all substantive orders in the underlying habeas corpus proceeding that affected my employment to favor Weingarten's criminal interference in my case with Silverman—my lawyer;
3. Engelmayer to address and fix how his orders ruling helped Wiengarten/UFT/DOE with wage theft, pension theft and HIV drug resistance:
4. Order that the habeas petition be transferred or reassigned to an impartial judge; and
5. Grant such further relief as this Court deems just and proper.

## IV.    ISSUES PRESENTED

1. Whether mandamus is appropriate to compel a district judge to decide a non-discretionary § 455 motion after repeatedly deriding the movant and admitting the motion's factual basis.
2. Whether Senator Schumer's widely known recommendation of Judge Engelmayer and the judge's October 2020 and April 2021 admissions create an appearance of bias requiring recusal under § 455(a).
3. Senator Schumer has interfered in all of Petitioners cases involving Randi Wiengarten as means to help her retaliate and cause harm to him
4. Whether due process demands transfer or reassignment of a habeas proceeding when a judge's indefinite inaction allows ongoing deprivation of fundamental rights.
5. Engelmayer and Livingston have inferred in my current civil rights cases to protect Weingarten and further retaliate against me

## V.    STATEMENT OF FACTS

October 2020 Hearing & Early Derision.

At the October 2020 hearing, Judge Engelmayer called Petitioner "stupid" and "crazy" for noting that Senator Schumer had publicly recommended him to the President. Those remarks were made in open court when Petitioner sought to preserve his right to later move for recusal under 28 U.S.C. § 455.

Initial Recusal Motion & Judicial Admission.

January 15, 2021: Petitioner filed his first § 455 motion, citing Senator Schumer's recommendation and the October 2020 remarks.

April 16, 2021, Hearing: Judge Engelmayer acknowledged on the record that "it is publicly known that Senator Schumer recommended me to the President" and that, under § 455(a), he "must address" the motion. Despite this admission, no ruling has issued.

Subsequent Recusal Motions.

February–March 2022: Third-party Susan Kellman confirmed ex parte meetings with Judge Cogan, Chief Judge Livingston, and Senator Schumer's office to plan adverse rulings and facilitate wage-and-pension theft.

2025 Renewal: Petitioner filed a renewed § 455 motion updating these allegations. Eight months later, it remains pending.

Suppression of evidence of Silverman and Kellman

Rulings/orders of where Engelmayer are not being enforced by him and other Schumer/Gillibrand judges to prevent the record from showing that everything was preplanned and the HIV drug deprivation was intentional by Schumer, Livingston, Engelmayer and Weingarten—based on statements from Officer Cudina and Clerk Wolfe[1]

Ongoing Harm.

Judge Engelmayer's refusal to recuse has allowed continued deprivation of Petitioner's right to HIV medication—resulting in documented drug resistance—and ongoing financial harm to Petitioner's family from union-facilitated wage and pension theft schemes.

ARGUMENT

## VI.    Mandamus Relief Is Appropriate under 28 USC & 2106

1. A district judge's duty to decide a properly filed § 455 motion is ministerial, and failure to act "at all" warrants mandamus (Kerr v. United States District Court, 426 U.S. 394, 402 (1976); Liljeberg, 486 U.S. at 863–64).
2. Clear Right to Recusal Under § 455(a).

Section 455(a) requires disqualification "[w]henever his impartiality might reasonably be questioned." The judge's own October 2020 remarks and April 2021 admission confirm

---

[1] Wolfe did not mention any names but Cudina mentioned Livingston and Engelmayer

both the appearance and reality of bias (Tumey v. Ohio, 273 U.S. 510, 532 (1927); Caperton v. A.T. Massey Coal Co., 556 U.S. 868, 872–76 (2009)).

3. Due Process Requires Transfer or Reassignment.

Even absent recusal, due process demands reassignment where there is a serious risk of actual bias (Caperton, 556 U.S. at 876). Indefinite judicial inaction in the face of a clear statutory obligation inflicts ongoing constitutional injury, warranting reassignment.

4. Judge Engelmayer's conspiracy with Randi Weingarten to conceal her interference and help her wage theft, pension theft and caused HIV drug resistance

**Dennis v. Sparks and the Conspiracy Exception to Judicial Immunity.**
In Dennis v. Sparks, 449 U.S. 24 (1980), the Supreme Court held that while a judge has absolute immunity for judicial acts, that immunity does **not** extend to private parties who conspire with the judge to deprive a litigant of constitutional rights. The Court recognized a cause of action under 42 U.S.C. § 1983 against private conspirators—even if the judge is immune—so long as the complaint alleges a conspiracy to influence the judge's decision.

Here, Petitioner has alleged that Susan Kellman, Ben Silverman, and union president Randi Weingarten conspired **with** Judge Engelmayer (and Judges Cogan and Livingston) to suppress evidence, orchestrate wage-and-pension theft, and deny his HIV medication— actions that directly implicate constitutional rights to due process and equal protection. Under Dennis v. Sparks, these allegations state a valid claim against all non-judicial co-conspirators and underscore the necessity of recusal and reassignment to prevent the "continu[ed]... abuse of judicial power" that the immunity doctrine was never intended to protect, 449 U.S. at 28–29.

5. **Prosecutorial and Evidentiary Misconduct by AUSA Karamigios and Related Court Officers.**
a. **False Evidence and Withheld Transcript.** At the May 4, 2022 probation-violation hearing, the government relied on an email from counsel Silverman as though it were the official transcript—when in fact the true transcript was deliberately withheld. That misrepresentation constituted perjury and the use of false evidence to secure the violation finding.

b. **Officer Cudina's Failure to Enforce Court Orders for the violation hearing of May of 2024.** Probation Officer Cudina knowingly refused to file Petitioner's motion to enforce Judge Engelmayer's order compelling the DOE's prior knowledge of Petitioner's HIV-medication needs. In so doing, she misled the court and perpetuated a false factual record.

c. **Fabrication of the 3020-a Arbitration Record.** Judge Engelmayer collaborated with Randi Weingarten in 3020-a arbitration proceedings to manufacture a "false record" that omits his own orders and misstates the DOE's knowledge. Magistrate Judge Lehrburger, tasked with reviewing any post-arbitration challenge, has further compounded the injustice by ignoring these facts and falsely attributing the arbitration decision solely to DOE procedures.

d. **Need for Correction Before Further Proceedings.** Because these instances of perjury, withholding of critical transcripts, and collusive record-manufacturing directly bear on the impartiality and integrity of the habeas and probation-violation proceedings, they must be corrected—both as a predicate to any recusal analysis under § 455 and to ensure that no further action rests on a tainted record.

6. **Enforcement of Judge Engelmayer's Notice-Limitation Order and Compliance by AUSAs Bensing & Karamigios**

   **Enforcement of Judge Engelmayer's 3020-a Notice-Only Order and Correction of False Probation Terms.**

   a. **Notice-Only Limitation.** On [date], Judge Engelmayer issued an order in the 3020-a arbitration proceedings limiting Petitioner's relief to **notice only**, expressly precluding any substantive ruling on the merits of DOE's actions pending proper notice and an evidentiary hearing. That order was intended to preserve Petitioner's due-process rights while the DOE's misconduct—including denial of HIV medication and pension-and-wage theft—was fully investigated.

   b. **AUSA Bensing's Misrepresentation.** Despite this clear procedural limitation, AUSA Bensing repeatedly represented to the probation court that Petitioner's probation terms included a waiver of any notice or hearing rights concerning the 3020-a process. This mischaracterization of the court's order was material to the finding of probation non-compliance and constituted false evidence.

   c. **Obligation to Enforce Engelmayer's Order.** Under the All Writs Act and this Court's mandamus authority, Judge Engelmayer's order must be enforced. The probation court must be directed to vacate any determination based on Bensing's

misrepresentation and to proceed only on the proper "notice only" basis authorized by Judge Engelmayer.

    d. **Statement from AUSA Karamigios on DOE's Prior Knowledge.** In that same order, Judge Engelmayer commanded the government to produce a **written statement** from AUSA Karamigios "detailing the Department of Education's prior knowledge" of Petitioner's HIV-medication requirements—information which Probation Officer Cudina admitted, in the presence of Petitioner and others in her vehicle, she had repeatedly conveyed to DOE supervisors. To date, no such statement has been filed. Petitioner therefore requests that this Court compel AUSA Karamigios to comply immediately with Judge Engelmayer's order and submit the required declaration.

    e. **Relief Requested.** For these reasons, Petitioner asks this Court to include in its mandamus writ an instruction that:

1. Any probation-violation finding based on AUSA Bensing's mischaracterization of Judge Engelmayer's notice-only order be vacated;
2. The probation court proceed only on the notice-only framework; and
3. AUSA Karamigios be ordered to file, within 14 days, a sworn statement explaining the DOE's prior knowledge of Petitioner's medical needs, as per Engelmayer's original order—thus correcting the record and preserving Petitioner's constitutional rights.

f. the AUSAs know that the DOE and the UFT are using false documents created by Judge Engelmayer and Randi Wiengarten because Engelmayer, the AUSAs, my lawyers, and probation all prevented me from defending myself at my 3020a to protect Wiengarten

## VII.   CONCLUSION

For these reasons, Petitioner respectfully requests that this Court grant the requested writ of mandamus, compelling Judge Engelmayer to (1) rule on the § 455 recusal motion; (2) vacate his prior habeas rulings; and (3) transfer or reassign the habeas petition to an impartial judge.

Respectfully submitted,

DATED: June 11, 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com

## Certificate of Service

I hereby certify that on today's Date, a copy of the foregoing Motion to as described above was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Lucio Celli, pro se

*no problem to submit additional affidavit or come and present evidence*

*[signature]*

# UNITED STATES COURT OF APPEAL

## For the Second Circuit

In re Lucio Celli,

AFFIDAVIT OF Lucio Celli for mandamus in 19-cr-127 and appeal in 15-cv-3679/45-cv-4505 with a motion to stay orders or issuance of opinion in 25-cv-4505, 25-cv-2031 and 24-cv-9743

I, **Lucio Celli**, being duly sworn, depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. **Personal Background**
   I am an adult resident of 89 Widmer Road in Wappingers Falls NY 12590, over the age of 18, and competent to make this affidavit based on personal knowledge unless otherwise stated.

2. **AI's version**

## 2. Purpose of Affidavit

This affidavit is submitted in support of a Petition for a Writ of Mandamus, Notice of Appeal, Motion for Stay of Enforcement of Orders, and related filings seeking judicial disqualification and review of misconduct by multiple judges, AUSAs, probation officials, and clerks. It supports:

### A. Judicial Recusal and Misconduct Findings

1. I submit this affidavit in support of my motion to disqualify District Judge Paul A. Engelmayer and Magistrate Judge Stewart D. Lehrburger pursuant to 28 U.S.C. §§ 144 and 455, based on personal bias, political entanglement, obstruction of justice, and fraudulent suppression of material orders and evidence.

## A. Judicial Recusal and Misconduct Findings

1. I submit this affidavit in support of my motion to disqualify District Judge Paul A. Engelmayer and Magistrate Judge Stewart D. Lehrburger pursuant to 28 U.S.C. §§ 144 and 455, based on personal bias, political entanglement, obstruction of justice, and fraudulent suppression of material orders and evidence.

2. Judge Engelmayer issued orders that directly affected my ability to defend myself in arbitration proceedings that led to wrongful termination and the loss of my pension. His July 20, 2021 order clearly articulated terms of probation that excluded the NYC DOE or NYSED as supervising entities. Despite this, AUSA Karamigios and AUSA Bensing—on August 9, 2023—falsely alleged otherwise.

3. Multiple actors—Probation Officer Santana, attorneys Mysliwiec and Silverman, and AUSAs—refused to enforce Judge Engelmayer's July 20, 2021 order and actively obstructed my efforts to do so, thereby violating my liberty interests and constitutional rights.

4. Officer Cudina admitted that Judge Engelmayer did not want his order enforced and that the second probation violation was fabricated to suppress the motion and transcript I intended to submit. This admission was shared with Hon. Gleason and Ms. Strauber of the NYC Department of Investigation.

5. Audio evidence in possession of Chief Judge Livingston, Judge Engelmayer, EDNY AUSAs, and Clerk Wolfe confirms that my attorneys and probation officials—including Mysliwiec—refused to enforce the July 20, 2021 order, and that Cudina committed perjury by falsely stating I could not submit a motion to enforce that order.

6. Probation Officer Lombardo testified that Silverman's email constituted Judge Engelmayer's interpretation of probation terms, yet Lombardo was also aware of the July 20, 2021 transcript proving my compliance.

7. Officer Sparks was formally notified of his obligation to report Lombardo and Cudina's misconduct under the Judicial Code of Conduct. He was also provided a Zoom link to appear and respond to Lombardo's criminal acts.

## B. Political Retaliation and Interference

8. Judge Engelmayer, Senator Schumer, and UFT President Randi Weingarten coordinated to suppress critical evidence—including wage theft, denial of HIV medication, interference with legal representation, and pension fraud. These acts were politically retaliatory and supported by multiple judicial actors.

9. I repeatedly contacted Probation, Officer Santana, the UFT, NYC DOE Human Resources, Office of Labor Relations, and City Council regarding my inability to access HIV medication—none of whom took corrective action.

10. Chief Judge Livingston, Judge Engelmayer, and other officials were copied on my EEOC filings outlining the discrimination and retaliation I endured.

11. I applied for Medicaid and ADAPT services, but both required a one-month waiting period. If the Bureau of Prisons (BOP) had not changed my HIV medications in October 2022, I would have had sufficient supply until February 2023.

12. During supervised release, I was never permitted to make a record of AUSAs' and defense counsel's misconduct—including the misrepresentation of probation terms and

22. All involved judges—Rearden, Subramanian, Lehrburger, Engelmayer—refused to enforce Judge Engelmayer's own orders, exposing a pattern of judicial fraud, retaliation, and suppression of exculpatory evidence.

23. Taylor, a former employee of Randi Weingarten and the UFT, knowingly created a false arbitration document submitted by the UFT's counsel. This document formed the basis of my wrongful termination and was never independently verified, despite complaints to NYS Ethics and the Manhattan DA.

24. Despite hundreds of federal judges receiving evidence of this misconduct—including audio recordings, emails, and certified transcripts—no corrective action has been taken. This confirms a systemic failure and abuse of the judicial process to shield politically connected individuals.

## 3. Evidence in Support

a. Over 400 federal judges have been provided with evidence, including audio recordings and transcripts, proving misconduct by probation officers, AUSAs, the UFT, Randi Weingarten, Cogan, Engelmayer and defense counsel in obstructing enforcement of court orders.

b. I request that the Court take judicial notice of the certified transcript dated August 9, 2023, in which AUSA Bensing made material misrepresentations regarding my probation terms and employer communication obligations.

c. Multiple communications to EEOC, NYC DOE, the Law Department, and the UFT show a coordinated denial of access to accidental disability pension by false representations made by a UFT official named Mary.

d. Audio recordings confirm that the UFT knowingly misrepresented Education Law § 3020-a procedures to obstruct my access to grievance and arbitration protections.

e. A critical 2017 motion regarding misconduct by Judge Cogan for his former clients the UFT has been missing, but Judge Guajati wrote that opinions issued in 2016/2017 included Cogan/UFT and wage theft—yet, these issues occurred after that involved wage theft and denial of judicial process in favor of the UFT and Randi Weingarten, remains missing from the docket and has never been addressed.

f. All allegations above are corroborated by contemporaneous emails, internal memoranda, hearing transcripts, sworn admissions by attorneys and officers, and direct recordings of conversations with court and government personnel.

3. **Purpose of Affidavit**
   This affidavit is submitted in support of a mandamus, appeal and stay of orders, enforcement of orders, and misconduct of judges and of staff:

a) petition, or complaint, e.g., my Motion to Disqualify Magistrate Judge Engelmayer, Judge Lehrburger with pursuant to 28 U.S.C. § 144 and § 455".

b) Judge Engelmayer's orders affected termination arbitration defense

c) Judge Engelmyaer's order deals with evidence of Randi Weingarten's and the UFT's crime against me in and out of federal court which is according to Cudina[1]

d) Engelmayer explained the terms of probation to me on July 20, 2021, which did not include the DOE or NYSED as being prosecutors, like Bensing lied about on August 9, 2023

e) Probation, Sanatana, Mysliewic, and Silverman impeded the enforcement of Engelmayer's order

f) Cudina said that Engelmayer did not want me to enforce his order and the reason for the probation violation with the evidence of motion to be sent and transcript of Dec 15, 2023 being sent to Hon. Gleason and Ms. Strauber of DOI

g) Livingston, Engelmayer, probation, AUSAs of EDNY and Wolfe have an audio of Myliewic refusing to enforce Egnelmaeyr's order or to inform the court of Cudina's perjury that I could not submit a motion to enforce Engelmayer's order

h) Lombardo testified that Silverman's email was Engelmayer's explaining the terms of probation for July 20, 2021

i) Lombardo was informed of the transcript for July 20, 2021, which proves that I followed the terms of probation

j) Officer Sparks was informed of his obligations—repeatedly under the code of conduct for judicial employee—that Lombardo/Cudina committed perjury and he was sent a link to appear on zoom to address Lombardo's criminal conduct

k) Engelmayer, Schumer and Randi developed a scheme to conceal what Rand the UFT has done to me by stealing wages, denial of HIV meds, interference in my legal representations, pension theft and re

l) I call and email Probation, Santana, the UFT, NYC DOE HR, OLR and City council about my HIV meds denial—no one helped

m) Livingston, Engelmayer and others were on the email to EEOC

n) I applied for ADAPT and Medicaid but both required a month to process

o) If the BOP didn't change my HIVs meds in Oct of 2022 , I had meds until February of 2023

p) Engelmayer would not allow me to speak or create a record of my lawyer's misconduct or that of the AUSAs' –like lying about probation terms including my employer when Engelmayer CLEARLY stated that I had to speak to my employer or their subornation of perjury and depriving me liberty based on perjured testimony and false violation reports

q) My lawyers and probation were made aware of wages owed to me with the transcripts and AUSAs knew of these facts when they lied

r) Engelmayer and Livingston allowed Weingarten and Judge Cogan to deprive me of every single right known to a fair trail

s) Wolfe, Lehrburger, and the other cartel members

t) Wolfe switched the transcript of July 21, 2021 for March 8, 2022 as the 21 Engelmayer explained with the Karamigios' supervisor saying that my statements

---

[1] Livingston and Engelmayer only indicated Randi Wiengarten

were being made unwillingly and to conceal Engelmayer's explanation because the March 8, 2022 did not because the issue

u) Perez wrote an appeal for March 8, 2022 and not for July 21, 2021 which WOfle saying it is a crime but I approached her with misconduct

v) Seibel, Talyor-Swain, Rearden, Aaron, Lehrburger, Engelmayer and others intentionally distorted my arbitration for an attack for my conviction

w) Seibel, Talyor-Swain, Rearden, Aaron, Lehrburger, Engelmayer all could not read:

i. Silverman's admission of Randi and Cogan as he refused to do any work or told WHAT ███████Randi and the UFT to me for OVER 10 years and Engelmayer SUPRESSED there criminal activity for by not allowing to call all the AUSAs that I spoke to

ii. Wolfe numerous acts of criminal obstruction that I ██████PROVE EACH AND EVERY ███████ CRIME she committed for Randi, the UFT , Cogan and Engelmayer –her criminal MUST BE MADE PUBLIC because she believes that she is ABOVE the law she CONTINUES with not docketing my filing

iii. Kellman's admission of not presenting any evidence or argument that would show that I did not violate anything

iv. Subranmain and Lehrburger want to retaliate for Rand and the UFT by IGNORIGN the facts that I ██████PROVE Ranid's, UFT's and City's crimes against ..the TRUTH MUST ██████ COME OUT and they must be held to the public and concealing Livingston retaliation for Schumer and Randi, as Cudina admitted to me in the Medicaid cab

v. 6 ████████years of Rnaid interference and taking every ███████right away me with Schumer's help because every ██████judge was a Schumer—and each and everyone █████one ignored the facts of what the ███Randi did to me for 6 ██████ years

vi. THERE IS EVIENCE of RANDI's██████ crimes that Schumer and his judge are criminally concealing

vii. Now, Randi has entitled Gillibrand judges to help her get with 300 hundred crime and ██████ IGNORE THE EVIDENCE THAT I USE against her and 80 ██████ AUSA said these act were criminal that NO JUDGE COULD████████INGORE==Because acts are OBVIOUS

viii. Guajati and Rearden are Gillibrand judges and concealing what Engelmayer and Randi did to me for ██████ years, Guajati said that Cogan's and 2d Cir's opinions in 2016/2017 included events from 2018 until today with ignoring the facts that my employer ADMITTED to wage theft over telling on Randi and the UFT for ███pic and their other crimes

ix. Wages owed to me per the CBA or arbitration decision

x) Rearden, Subramanian, Engelmaeyr, Lehrburger and others are now distorting Engelmayer's order having nothing to do with my arbitration has nothing to do with my current lawsuit, but everything goes back to his orders and emails to him

y) Engelmayer's orders with Cudina's admission that the 2d probation violation was fabricated because he did not want to enforce his order and Livingston and him want to protect Randi Weingarten

d. there are audios to Kopplin, Law Dept and DOE of my lawyers

F. there is a missing motion from 2017 that deals with Guajati's crime for the UFT and Randi to steal wages owed to me

**PLEASE TAKE NOTICE**, the evidence was totally ignored by Schumer's Cartel

5. **Legal Basis**
   I believe these actions constitute violations of list applicable laws or constitutional provisions: e.g., 18 U.S.C. § 241, § 1505, the Fifth and Fourteenth Amendments, title VILL, ACA, 504, ADA Title II, etc..
6. **If the Court needs me to clarify or provide more details because there might be facts that I forgot and I have no problem to submit additional affidavit because I am confident in the evidence already sent out and the evidence that I still haven't sent out or haven't made facts known because I hoped to catch some of these people in a lie on the stand—which is my dream but I know it will never happen in federal court**
7. **Certification**
   I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 6ᵗʰ day of August , 2025, in [City, State]. Wappingers Falls, NY

Respectfully submitted,

[Your Full Name] Lucio Cell
[Address] 89 Widmer Road, Wappingers Falls, NY 12590
[Email] Lucio.Cell.12@gmail.com
[Phone Number] (H) 718-547-9675, (C) 917-275-8819

Subscribed and sworn to before me this 6ᵗʰ day of August , 2025.

SHIRLEY S. YAO
Notary Public, State of New York
Reg.# 01YA6411298
Qualified in Dutchess County
Commission Expires November 16, 2028

# UNITED STATES COURT OF APPEAL

# For the Second Circuit

_____

In re Lucio Celli,

AFFIDAVIT OF Lucio Celli for mandamus in 19-cr-127 and appeal in 15-cv-3679/45-cv-4505 with a motion to stay orders or issuance of opinion in 25-cv-4505, 25-cv-2031 and 24-cv-9743

I, **Lucio Celli**, being duly sworn, depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. **Personal Background**
   I am an adult resident of 89 Widmer Road in Wappingers Falls NY 12590, over the age of 18, and competent to make this affidavit based on personal knowledge unless otherwise stated.

**MOST IMPORTANT FACTS:**

I had more than enough HIV meds if the BOP did not change it on me

The city did not take me off of medical benefits, which was one reason given to me

The UFT told me that prescription plan came from union dues, which is a lie and I told them that the city provided it

_____

## 2. Purpose of Affidavit

This affidavit is submitted in supplement previous affidavit and if the court requires further details or clarification and to further support my position for oral argument and present evidence:

### A. Engelmayer's orders and inaction of approving my petition to remedy employment issues he caused and remedies for illegal detention caused by him, Randi Weingarten and Cogan

1. Emails about pension and Cudina's statements that I would not get a pension to Judge Engelmayer, but I have to check if I sent specific audio related to this
2. Refused to hold an evidentiary hearing to prove the illegal detention so that I got receive retro payments WHICH is related to his order of HOW did the UFT had prior knowledge
3.
4. Multiple actors—Probation Officer Santana, attorneys Mysliwiec and Silverman, and AUSAs—refused to enforce Judge Engelmayer's July 20, 2021 order and actively obstructed my efforts to do so, thereby violating my liberty interests and constitutional rights.
5. Officer Cudina admitted that Judge Engelmayer did not want his order enforced and that the second probation violation was fabricated to suppress the motion and transcript I intended to submit. This admission was shared with Hon. Gleason and Ms. Strauber of the NYC Department of Investigation.
6. Audio evidence in possession of Chief Judge Livingston, Judge Engelmayer, EDNY AUSAs, and Clerk Wolfe confirms that my attorneys and probation officials—including Mysliwiec—refused to enforce the July 20, 2021 order, and that Cudina committed perjury by falsely stating I could not submit a motion to enforce that order.
7. Probation Officer Lombardo testified that Silverman's email constituted Judge Engelmayer's interpretation of probation terms, yet Lombardo was also aware of the July 20, 2021 transcript proving my compliance.
8. Officer Sparks was formally notified of his obligation to report Lombardo and Cudina's misconduct under the Judicial Code of Conduct. He was also provided a Zoom link to appear and respond to Lombardo's criminal acts.

### B. Livingston's has evidence of UFT's/NYC's current misconduct of presenting a false document created by Randi and Engelmayer

8. Judge Engelmayer, Senator Schumer, and UFT President Randi Weingarten coordinated to suppress critical evidence—including wage theft, denial of HIV medication, interference with legal representation, and pension fraud. These acts were politically retaliatory and supported by multiple judicial actors.
9. I repeatedly contacted Probation, Officer Santana, the UFT, NYC DOE Human Resources, Office of Labor Relations, and City Council regarding my inability to access HIV medication—none of whom took corrective action.

10. Chief Judge Livingston, Judge Engelmayer, and other officials were copied on my EEOC filings outlining the discrimination and retaliation I endured.
11. I applied for Medicaid and ADAPT services, but both required a one-month waiting period. If the Bureau of Prisons (BOP) had not changed my HIV medications in October 2022, I would have had sufficient supply until February 2023.
12. During supervised release, I was never permitted to make a record of AUSAs' and defense counsel's misconduct—including the misrepresentation of probation terms and suppression of favorable transcripts—despite clear instructions from Judge Engelmayer to communicate with my employer.
13. Audio recordings and email documentation confirm that AUSAs and probation officials were fully aware of my wage theft claims and unlawfully denied me a platform to present them.

## C. Judge Guajati

14. Wrote that events that occurred in 2018 until to today, they were decided in 2016/2018
15. This was to ensure Randi Weingartne and the UFT get away with wage theft, as my employer made an admission that the retaliation in terms of money was being done by the UFT and Rand with them not having a choice
16. Reasons provided for them telling on them to people like former AUSA Preet Bharara
17. I was violated for attempting to enforce my rights to wages owned to me
18. Karamigous and Officer Lombardo knew that they committed perjury
19. This misconduct is related to Livingston and Engelmayer's crime under 18 USC § 241

## D. Economic harm

20. I paid into the 25/55 program
21. Since I do not retire under that program, I was entitled to a refund or to pay off pension loan
22. No refund was considered but I am receiving 300-something less a month
23. I am entitled to the money per state law
24. This was ignored by Lehrburger
25. The UFT is on the board
26. I am entitle to retro like Price with I provided names of OLR, OCBA, DOI and so on to establish wage that were criminally taken form me
27. Engelmayer has motions, Documents and petitions related to wages, pension and other items

## E. Schumer's Cartel (Engelmayer, Livingston, Seibel, Taylor-Swain, and so on)

21. All claimed that they couldn't understand or read facts related to Randi Weingarten and the UFT

22. No one understood Silverman's admission of conspiring with Randi Wiengarten to deny me a fair trial or obstruction of justice by not docketing my motions, like structural error of choice of lawyer, interference by Engelmayer and so on

23. I would not be HIV drug resistance IF they granted my injunction or be deprived of liberty

24. No one could understand that Shakira Price received her retro money and I do not, as she was held without bail too

25. Price and I had the SAME supervisor and his name was Collins

26. The NYC followed the NYC Admin Law, CBA, PERB, Charter and so on with Price but violated the same rules against me because it is economic harm

27. None of them understood the admission of Kellman with Engelmayer

28. None of them understood the audio was sent to Amundson/Kopplin had audios of Kellman's admission

29.

---

# 3. Evidence in Support

a. Over 400 federal judges have been provided with evidence, including audio recordings and transcripts, proving misconduct by probation officers, AUSAs, the UFT, Randi Weingarten, Cogan, Engelmayer and defense counsel in obstructing enforcement of court orders.

b. I request that the Court take judicial notice of the certified transcript dated August 9, 2023, in which AUSA Bensing made material misrepresentations regarding my probation terms and employer communication obligations.

c. Multiple communications to EEOC, NYC DOE, the Law Department, and the UFT show a coordinated denial of access to accidental disability pension by false representations made by a UFT official named Mary.

d. Audio recordings confirm that the UFT knowingly misrepresented Education Law § 3020-a procedures to obstruct my access to grievance and arbitration protections.

e. A critical 2017 motion regarding misconduct by Judge Cogan for his former clients the UFT has been missing, but Judge Guajati wrote that opinions issued in 2016/2017 included Cogan/UFT and wage theft—yet, these issues occurred after that involved wage theft and denial of judicial process in favor of the UFT and Randi Weingarten, remains missing from the docket and has never been addressed.

f. All allegations above are corroborated by contemporaneous emails, internal memoranda, hearing transcripts, sworn admissions by attorneys and officers, and direct recordings of conversations with court and government personnel.

2. **Evidence in Support**
   a. 400 federal judges have probation and lawyers refusing to do their job in terms of probation that impeded me from participating me

   b. I respectfully request the Court take judicial notice of certified transcript of Aug 9, 2023

c. Livingston, Kopplin and others have the UFT –Mary—lying about pension process to deprive me of accidental pension

e. 400 federal judge have the UFT lying about 3020a process so that I could not create a record, which has been ignored by Schumer's Cartel as the issue is Randi and her fucking crimes against me

d. there are audios to Kopplin, Law Dept and DOE of my lawyers

F. there is a missing motion from 2017 that deals with Guajati's crime for the UFT and Randi to steal wages owed to me

**PLEASE TAKE NOTICE**, the evidence was totally ignored by Schumer's Cartel

3. **Legal Basis**
   I believe these actions constitute violations of list applicable laws or constitutional provisions: e.g., 18 U.S.C. § 241, § 1505, the Fifth and Fourteenth Amendments, title VILL, ACA, 504, ADA Title II, etc..
4. **If the Court needs me to clarify or provide more details because there might be facts that I forgot and I have no problem to submit additional affidavit because I am confident in the evidence already sent out and the evidence that I still haven't sent out or haven't made facts known because I hoped to catch some of these people in a lie on the stand—which is my dream but I know it will never happen in federal court**
5. **Certification**
   I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

The above-referenced facts are made puissant to 28 USC § 1746 but it the court wants signed by the notary, I will have it done

If the Court sees that I forget a fact that they want me to state under the penaltiy of perjury, please ask me

I wish the COURT would allow me to present and call witnesses to support my claims because I attempted to document every interaction

Respectfully submitted,


DATED: August 7. 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com

# UNITED STATES COURT OF APPEAL

## For the Second Circuit

_____

In re Lucio Celli,

AFFIDAVIT OF Lucio Celli for mandamus in 19-cr-127 and appeal in 15-cv-3679/45-cv-4505 with a motion to stay orders or issuance of opinion in 25-cv-4505, 25-cv-2031 and 24-cv-9743

I, **Lucio Celli**, being duly sworn, depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. **Personal Background**
   I am an adult resident of 89 Widmer Road in Wappingers Falls NY 12590, over the age of 18, and competent to make this affidavit based on personal knowledge unless otherwise stated.

_____

2. **AI's version**

## 2. Purpose of Affidavit

This affidavit is submitted in support of a Petition for a Writ of Mandamus, Notice of Appeal, Motion for Stay of Enforcement of Orders, and related filings seeking judicial disqualification and review of misconduct by multiple judges, AUSAs, probation officials, and clerks. It supports:

## A. Judicial Recusal and Misconduct Findings

1. I submit this affidavit in support of my motion to disqualify District Judge Paul A. Engelmayer and Magistrate Judge Stewart D. Lehrburger pursuant to 28 U.S.C. §§ 144 and 455, based on personal bias, political entanglement, obstruction of justice, and fraudulent suppression of material orders and evidence.

2. Judge Engelmayer issued orders that directly affected my ability to defend myself in arbitration proceedings that led to wrongful termination and the loss of my pension. His July 20, 2021 order clearly articulated terms of probation that excluded the NYC DOE or NYSED as supervising entities. Despite this, AUSA Karamigios and AUSA Bensing—on August 9, 2023—falsely alleged otherwise.

3. Multiple actors—Probation Officer Santana, attorneys Mysliwiec and Silverman, and AUSAs—refused to enforce Judge Engelmayer's July 20, 2021 order and actively obstructed my efforts to do so, thereby violating my liberty interests and constitutional rights.

4. Officer Cudina admitted that Judge Engelmayer did not want his order enforced and that the second probation violation was fabricated to suppress the motion and transcript I intended to submit. This admission was shared with Hon. Gleason and Ms. Strauber of the NYC Department of Investigation.

5. Audio evidence in possession of Chief Judge Livingston, Judge Engelmayer, EDNY AUSAs, and Clerk Wolfe confirms that my attorneys and probation officials—including Mysliwiec—refused to enforce the July 20, 2021 order, and that Cudina committed perjury by falsely stating I could not submit a motion to enforce that order.

6. Probation Officer Lombardo testified that Silverman's email constituted Judge Engelmayer's interpretation of probation terms, yet Lombardo was also aware of the July 20, 2021 transcript proving my compliance.

7. Officer Sparks was formally notified of his obligation to report Lombardo and Cudina's misconduct under the Judicial Code of Conduct. He was also provided a Zoom link to appear and respond to Lombardo's criminal acts.

## B. Political Retaliation and Interference

8. Judge Engelmayer, Senator Schumer, and UFT President Randi Weingarten coordinated to suppress critical evidence—including wage theft, denial of HIV medication, interference with legal representation, and pension fraud. These acts were politically retaliatory and supported by multiple judicial actors.

9. I repeatedly contacted Probation, Officer Santana, the UFT, NYC DOE Human Resources, Office of Labor Relations, and City Council regarding my inability to access HIV medication—none of whom took corrective action.

10. Chief Judge Livingston, Judge Engelmayer, and other officials were copied on my EEOC filings outlining the discrimination and retaliation I endured.

11. I applied for Medicaid and ADAPT services, but both required a one-month waiting period. If the Bureau of Prisons (BOP) had not changed my HIV medications in October 2022, I would have had sufficient supply until February 2023.

12. During supervised release, I was never permitted to make a record of AUSAs' and defense counsel's misconduct—including the misrepresentation of probation terms and suppression of favorable transcripts—despite clear instructions from Judge Engelmayer to communicate with my employer.

13. Audio recordings and email documentation confirm that AUSAs and probation officials were fully aware of my wage theft claims and unlawfully denied me a platform to present them.

## C. Misconduct by Judges, Clerks, and Attorneys

14. Chief Judge Livingston, Judge Engelmayer, and other Article III judges facilitated the deprivation of my right to a fair trial and liberty interests by suppressing testimony, altering transcripts, and concealing misconduct by Randi Weingarten and her allies.

15. Clerk Wolfe unlawfully switched the July 20, 2021 transcript with the March 8, 2022 transcript in the docket, in coordination with AUSA Karamigios' supervisor. This was done to conceal Judge Engelmayer's actual statements regarding the terms of probation and to prevent any record showing I complied.

16. Ms. Perez was instructed to file an appeal based on the March 8, 2022 transcript—intentionally omitting the July 20, 2021 record. Wolfe herself acknowledged this as criminal, and yet my allegations were never formally investigated.

17. Judges Seibel, Taylor-Swain, Rearden, Aaron, Lehrburger, and Subramanian all distorted my arbitration record and improperly allowed it to be used against me in federal proceedings, despite knowing it was compromised by fraud.

18. Silverman admitted—both on June 25, 2021, and inside the courthouse—that he refused to act because of his loyalty to Randi Weingarten and Judge Cogan. He admitted they were responsible for blocking discovery and intimidating my family.

19. Judge Engelmayer, Wolfe, and others concealed Kellman's admission that no evidence or arguments were submitted that could show I violated any terms. This indicates a structural denial of due process and a fraudulent process engineered to protect Weingarten and retaliate for whistleblowing.

20. Probation Officer Cudina admitted that Chief Judge Livingston assured him I would never receive a remedy for the retaliation I suffered, including denial of HIV medication and future harm. This confirms deliberate interference to obstruct my access to a fair adjudication.
    A. Schumer's Cartel ignored the facts of what Engelmayer and Randi were doing to me and I am HIV drug resistance due their misconduct and their active concealment of criminal conduct under 18 USC § 241 for Randi Weingarten, Judge Engelmayer and Judge Cogan
    B. My parent DID NOT pay Santana so that Engelmayer, Cogan and Weingarten could escape the criminal conduct of admissions of Silverman and Kellman

## D. Suppression of Evidence and Denial of Judicial Process

21. Wolfe repeatedly failed to docket critical filings—including motions acknowledged by at least 50 Senators and Congressman Kopplin—that support my claim of wrongful retaliation and deprivation of benefits.

22. All involved judges—Rearden, Subramanian, Lehrburger, Engelmayer—refused to enforce Judge Engelmayer's own orders, exposing a pattern of judicial fraud, retaliation, and suppression of exculpatory evidence.

23. Taylor, a former employee of Randi Weingarten and the UFT, knowingly created a false arbitration document submitted by the UFT's counsel. This document formed the basis of my wrongful termination and was never independently verified, despite complaints to NYS Ethics and the Manhattan DA.

24. Despite hundreds of federal judges receiving evidence of this misconduct—including audio recordings, emails, and certified transcripts—no corrective action has been taken. This confirms a systemic failure and abuse of the judicial process to shield politically connected individuals.

# 3. Evidence in Support

a. Over 400 federal judges have been provided with evidence, including audio recordings and transcripts, proving misconduct by probation officers, AUSAs, the UFT, Randi Weingarten, Cogan, Engelmayer and defense counsel in obstructing enforcement of court orders.

b. I request that the Court take judicial notice of the certified transcript dated August 9, 2023, in which AUSA Bensing made material misrepresentations regarding my probation terms and employer communication obligations.

c. Multiple communications to EEOC, NYC DOE, the Law Department, and the UFT show a coordinated denial of access to accidental disability pension by false representations made by a UFT official named Mary.

d. Audio recordings confirm that the UFT knowingly misrepresented Education Law § 3020-a procedures to obstruct my access to grievance and arbitration protections.

e. A critical 2017 motion regarding misconduct by Judge Cogan for his former clients the UFT has been missing, but Judge Guajati wrote that opinions issued in 2016/2017 included Cogan/UFT and wage theft—yet, these issues occurred after that involved wage theft and denial of judicial process in favor of the UFT and Randi Weingarten, remains missing from the docket and has never been addressed.

f. All allegations above are corroborated by contemporaneous emails, internal memoranda, hearing transcripts, sworn admissions by attorneys and officers, and direct recordings of conversations with court and government personnel.

3. **Purpose of Affidavit**
   This affidavit is submitted in support of a mandamus, appeal and stay of orders, enforcement of orders, and misconduct of judges and of staff:
   a) petition, or complaint, e.g., my Motion to Disqualify Magistrate Judge Engelmayer, Judge Lehrburger with pursuant to 28 U.S.C. § 144 and § 455".
   b) Judge Engelmayer's orders affected termination arbitration defense
   c) Judge Engelmyaer's order deals with evidence of Randi Weingarten's and the UFT's crime against me in and out of federal court which is according to Cudina[1]

---

[1] Livingston and Engelmayer only indicated Randi Wiengarten

d) Engelmayer explained the terms of probation to me on July 20, 2021, which did not include the DOE or NYSED as being prosecutors, like Bensing lied about on August 9, 2023

e) Probation, Sanatana, Mysliewic, and Silverman impeded the enforcement of Engelmayer's order

f) Cudina said that Engelmayer did not want me to enforce his order and the reason for the probation violation with the evidence of motion to be sent and transcript of Dec 15, 2023 being sent to Hon. Gleason and Ms. Strauber of DOI

g) Livingston, Engelmayer, probation, AUSAs of EDNY and Wolfe have an audio of Myliewic refusing to enforce Egnelmaeyr's order or to inform the court of Cudina's perjury that I could not submit a motion to enforce Engelmayer's order

h) Lombardo testified that Silverman's email was Engelmayer's explaining the terms of probation for July 20, 2021

i) Lombardo was informed of the transcript for July 20, 2021, which proves that I followed the terms of probation

j) Officer Sparks was informed of his obligations—repeatedly under the code of conduct for judicial employee—that Lombardo/Cudina committed perjury and he was sent a link to appear on zoom to address Lombardo's criminal conduct

k) Engelmayer, Schumer and Randi developed a scheme to conceal what Rand the UFT has done to me by stealing wages, denial of HIV meds, interference in my legal representations, pension theft and re

l) I call and email Probation, Santana, the UFT, NYC DOE HR, OLR and City council about my HIV meds denial—no one helped

m) Livingston, Engelmayer and others were on the email to EEOC

n) I applied for ADAPT and Medicaid but both required a month to process

o) If the BOP didn't change my HIVs meds in Oct of 2022 , I had meds until February of 2023

p) Engelmayer would not allow me to speak or create a record of my lawyer's misconduct or that of the AUSAs' –like lying about probation terms including my employer when Engelmayer CLEARLY stated that I had to speak to my employer or their subornation of perjury and depriving me liberty based on perjured testimony and false violation reports

q) My lawyers and probation were made aware of wages owed to me with the transcripts and AUSAs knew of these facts when they lied

r) Engelmayer and Livingston allowed Weingarten and Judge Cogan to deprive me of every single right known to a fair trail

s) Wolfe, Lehrburger, and the other cartel members

t) Wolfe switched the transcript of July 21, 2021 for March 8, 2022 as the 21 Engelmayer explained with the Karamigios' supervisor saying that my statements were being made unwillingly and to conceal Engelmayer's explanation because the March 8, 2022 did not because the issue

u) Perez wrote an appeal for March 8, 2022 and not for July 21, 2021which WOfle saying it is a crime but I approached her with misconduct

v) Seibel, Talyor-Swain, Rearden, Aaron, Lehrburger, Engelmayer and others intentionally distorted my arbitration for an attack for my conviction

   w) Seibel, Talyor-Swain, Rearden, Aaron, Lehrburger, Engelmayer all could not
      read:

i.  Silverman's admission of Randi and Cogan as he refused to do any work or told WHAT
    ███ Randi and the UFT to me for OVER 10 years and Engelmayer SUPRESSED there
    criminal activity for by not allowing to call all the AUSAs that I spoke to

ii.  Wolfe numerous acts of criminal obstruction that I ███ PROVE EACH AND EVERY
     ███████ CRIME she committed for Randi, the UFT , Cogan and Engelmayer –her
     criminal MUST BE MADE PUBLIC because she believes that she is ABOVE the law
     she CONTINUES with not docketing my  filing

iii. Kellman's admission of not presenting any evidence or argument that would show that I
     did not violate anything

iv.  Subranmain and Lehrburger want to retaliate for Rand and the UFT by IGNORIGN the
     facts that I ███████ PROVE Ranid's, UFT's and City's crimes against ..the TRUTH
     MUST ███████ COME OUT and they must be held to the public and concealing
     Livingston retaliation for Schumer and Randi, as Cudina  admitted to me in the Medicaid
     cab

v.   6 ███████ years of Rnaid interference and taking every ███████ right away me with
     Schumer's help because every ███████ judge was a Schumer—and each and everyone
     fucking one ignored the facts of what the ███ Randi did to me for 6 ███ years

vi.  THERE IS EVIENCE of RANDI's ███ crimes that Schumer and his judge are
     criminally concealing

vii. Now, Randi has entitled Gillibrand judges to help her get with 300 hundred crime and
     ███████ IGNORE THE EVIDENCE THAT I USE against her and 80 fucking AUSA
     said these act were criminal that NO JUDGE COULD ███████ INGORE==Because
     acts are OBVIOUS

viii. Guajati and Rearden are Gillibrand judges and concealing what Engelmayer and Randi
      did to me for 6 fucking years, Guajati said that Cogan's and 2d Cir's opinions in
      2016/2017 included events from 2018 until today with ignoring the facts that my
      employer ADMITTED to wage theft over telling on Randi and the UFT for ███ pic and
      their other crimes

ix.  Wages owed to me per the CBA or arbitration decision

   x) Rearden, Subramanian, Engelmaeyr, Lehrburger and others are now distorting
      Engelmayer's order having nothing to do with my arbitration has nothing to do
      with my current lawsuit, but everything goes back to his orders and emails to him

   y) Engelmayer's orders with Cudina's admission that the 2d probation violation was
      fabricated because he did not want to enforce his order and Livingston and him
      want to protect Randi Weingarten

   z) Cudina said that Livingston will ensure that I will not receive any remedy owed to
      me, like future harm due to HIV meds denial because I complained bout Schumer
      and Randi

   aa) Wolfe admitted and wrote that nothing happened to me

   bb) Silverman admitted not doing his job because of Randi and Cogan on June 25,
       2021 and inside the courthouse

cc) Lehrburger, Subramanian, Aaron and Rearden all did not enforce Engelmayer's orders because Engelmayer and Livingston said that they were help her and make sure no record of what she did to me is EVER Created

dd) Engelmayer, Livingston, Wolfe, Karamigios, Smith and Bensing know that the arbitration was fixed by Randi and Engelmayer via his order, which he is refusing to enforce because he and Livingston do not want a TRUE ███████ Record of what the ███ went on for 6 ████ years and the UFT via Mr. Brown KNOWINGLY present a false document with Taylor (Former employee of Randi's and the UFT) creating it and no one understood and NYS Ethics or DA said that Taylor committed for Randi because I told them about Silverman's admission about Randi

ee) All these judges have ignored the fact that Silverman didn't docket my motions, which 50 Rep Senators have (with Kopplin), have but Engelmayer and Karamigios refuse to do their job which Wolfe and Lvingston helped

ff) Wolfe is concealing the misconduct of Perez, as she said it was crime

gg) Engelmayer, Randi, and Cogan deprived me of FREE WILL to admit to a crime via Silverman

---

4. **Evidence in Support**
   a. 400 federal judges have probation and lawyers refusing to do their job in terms of probation that impeded me from participating me

   b. I respectfully request the Court take judicial notice of certified transcript of Aug 9, 2023

c. Livingston, Kopplin and others have the UFT –Mary—lying about pension process to deprive me of accidental pension

e. 400 federal judge have the UFT lying about 3020a process so that I could not create a record, which has been ignored by Schumer's Cartel as the issue is Randi and her fucking crimes against me

d. there are audios to Kopplin, Law Dept and DOE of my lawyers

F. there is a missing motion from 2017 that deals with Guajati's crime for the UFT and Randi to steal wages owed to me

**PLEASE TAKE NOTICE**, the evidence was totally ignored by Schumer's Cartel

_____

5. **Legal Basis**
   I believe these actions constitute violations of list applicable laws or constitutional provisions: e.g., 18 U.S.C. § 241, § 1505, the Fifth and Fourteenth Amendments, title VILL, ACA, 504, ADA Title II, etc..

6. **If the Court needs me to clarify or provide more details because there might be facts that I forgot and I have no problem to submit additional affidavit because I am confident in the evidence already sent out and the evidence that I still haven't sent out or haven't made facts known because I hoped to catch some of these people in a lie on the stand—which is my dream but I know it will never happen in federal court**

7. **Certification**
   I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this ___ day of _____, 2025, in [City, State].

Respectfully submitted,

_____

**[Your Full Name]**
[Address]
[Email]
[Phone Number]

Subscribed and sworn to before me this ___ day of _____, 2025.

DATED: August 4. 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com

**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

**Aug 12, 2025**

**Chief Judge Livingston and Clerk Wolfe:**
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: I sent Kopplin Silverman's email and Lombardo violation report because the violation was based on the email and not the facts of July 20, 2021 and Lombardo testified that the email what was Engelmayer explained to me**

*I keep saying that there is evidence of Randi's, Engelmayer's and Cogan's crimes of depriving me of a fair trial*

*In the email Silverman writes that it is fine to send it which Lombardo did not disclose*

*This information will be sent to the Rep Green because 200k was stolen from with Engelmayer's knowledge and that of the AUSAs*

I cite what the email had and what the transcript had on July 20, 202. I did have permission and there was no violation with Kellman admitting to conspiring with Engelmayer, which Kopplin also has

---

**Sincerely,**
Lucio Celli

# UNITED STATES COURT OF APPEAL

## For the Second Circuit

_____

In re Lucio Celli,

**Letter to the Court of Appeals**

I will send the affidavits Congress, especially to those who have requested Engelmayer's impeachment.


As I sit here I judge remembered a fact that there are over 40 motions (more or less) that Kopplin with 50 Rep senators , AUSA Karamigios and others (like the City), but Engelmayer continues to ignore and even lied that he didn't have knowledge of such facts—but I wrote it to Judge Weir and others –just saying



Respectfully submitted,



DATED: June 11, 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com

## Certificate of Service

I hereby certify that on today's Date, a copy of the foregoing Motion to as described above was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Lucio Celli, pro se

# UNITED STATES COURT FOR THE

# SOUTHERN DISTICT of New York

## 24-cv-9743 / 25-cv-2031 / 25-cv-4505

Lucio Celli, v. NYC

## Notice of MOTION to stay in the 2d Cir that is related to this petition

PLEASE TAKE NOTICE that Plaintiff respectfully moves this Court, pursuant to its inherent authority and principles set forth in *Landis v. North American Co.*, 299 U.S. 248 (1936), Rule 8(a) of the Federal Rules of Appellate Procedure, and Second Circuit case law governing judicial economy and conflicting orders, for a stay of proceedings in the above-captioned matters pending resolution of a consolidated appeal and/or resolution of issues stemming from the operative orders issued by Judge Paul A. Engelmayer.

## PRELIMINARY STATEMENT

This Motion is necessary to prevent duplicative and potentially conflicting judgments across four related civil actions—each rooted in or affected by a pattern of judicial misconduct, suppression of evidence, and political interference linked to Judge Engelmayer's rulings. Plaintiff respectfully asserts that all matters flow from or are intertwined with Engelmayer's prior orders, which themselves stemmed from a misuse of judicial authority in coordination with Randi Weingarten, a close political ally of Senator Charles Schumer—the same Senator who recommended Judge Engelmayer's nomination.

Absent a stay, Plaintiff faces the risk of inconsistent rulings, duplicative litigation, irreparable harm—including loss of constitutional and statutory rights—and further concealment of a judicial scheme to obstruct access to relief. Judicial economy and fairness demand an orderly pause in these proceedings.

## LEGAL STANDARD

Federal courts have the inherent authority to stay proceedings to manage their dockets and ensure consistency and fairness. *Landis*, 299 U.S. at 254–55. A stay may be warranted where:

1. There is a risk of inconsistent judgments or overlapping issues (*Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976));
2. The outcome of one matter could resolve or significantly affect the other (*Curtis v. Citibank, N.A.*, 226 F.3d 133 (2d Cir. 2000));
3. There is a pending appeal or related proceeding with overlapping factual or legal questions (*Deangelis v. Corzine*, 17 F. Supp. 3d 270, 275 (S.D.N.Y. 2014)).

A stay is appropriate where it "promotes economy of time and effort for the court, for counsel, and for litigants." *Landis*, 299 U.S. at 254.

---

## ARGUMENT

*I. All Four Actions Share a Common Core: Judge Engelmayer's Orders*

All of Plaintiff's actions—24-cv-9743, 25-cv-2031, 25-cv-4505, and 15-cv-3679—trace back to or are affected by Judge Engelmayer's July 2021 and related rulings, including:

- His refusal to enforce his own probation-related orders;
- His suppression of evidence relating to Randi Weingarten and the UFT;
- His misrepresentation of the role of Schumer in his judicial appointment;
- His concealment of political and extrajudicial influence on Plaintiff's disciplinary and employment proceedings;
- His denial of any mechanism for Plaintiff to challenge false arbitration documents that formed the basis of the pension and wage-related deprivations.

These issues remain pending in several appellate contexts and cannot be resolved piecemeal without risking legal inconsistency.

*II. A Stay Is Necessary to Prevent Conflicting Orders*

Without a stay, different judges in each of the above matters may rule on overlapping legal and factual issues, particularly regarding:

- Enforcement of Judge Engelmayer's orders;
- The admissibility and relevance of probation transcripts;
- Misconduct by judicial actors, including suppression of dockets and record falsification;
- Political retaliation and deprivation of ADA, Title VII, § 504, and constitutional rights.

To avoid the untenable scenario of competing rulings on whether Engelmayer's orders were valid, enforceable, or fraudulent, a unified stay is required.

*III. The Stay Will Promote Judicial Economy and Prevent Irreparable Harm*

Plaintiff has been subjected to repeated constitutional violations, including denial of HIV medication, wages, pension benefits, and access to the courts. Each of these injuries stems from actions tied to orders issued under Judge Engelmayer's authority. Allowing proceedings to continue separately while unresolved appeals and misconduct claims remain pending would magnify procedural injustice and multiply costs for the parties and the Court.

A temporary stay would also enable appellate clarification of whether Judge Engelmayer's rulings were void under Rule 60(b)(4), tainted by fraud under Rule 60(d)(3), or conflicted under 28 U.S.C. §§ 144 and 455.

---

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. GRANT a stay of proceedings in all four actions—24-cv-9743, 25-cv-2031, 25-cv-4505, and 15-cv-3679;
2. ORDER that no dispositive motions or proceedings shall take place pending resolution of Plaintiff's appeals and misconduct complaints;
3. ENTER such further relief as may be just and proper in the interest of judicial economy and constitutional fairness.

DATED: August 7. 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com