

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | **NEW YORK CITY**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JAMISON DAVIES<br>*Assistant Corporation Counsel*<br>212-356-2490<br>jdavies@law.nyc.gov |
|---|---|---|

October 6, 2025

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov

Re:  *Celli v. Cole*
     Docket No. 25-1886

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for Grismaldy Laboy-Wilson on the docket for this appeal. The Law Department has not enter an appearance on behalf of Grismaldy Laboy-Wilson because they were never served (*see* EDNY ECF No. 59). Likewise, it is our understanding that defendants Courtenaye Jackson-Chase, Esq., and Ms. Susan Mandel, Esq. were never served either (*see id.*). In accordance with my discussion with the Case Manager, I will enter my appearance for the remaining parties once this letter is processed.

Respectfully submitted,

MURIEL GOODE-TRUFANT
*Corporation Counsel*
*of the City of New York*
Attorney for Richard Cole, Anne Bernard & New York City Department of Education

By:   /s/ Jamison Davies
      Jamison Davies
      Assistant Corporation Counsel

cc: Lucio Celli
    89 Widmer Road
    Wappingers Falls, NY 12590
    *Plaintiff Pro Se*